GENERAL ROOFING CO., INC. v. JAMES J. SHEERAN.

December 19, 1978. Petition for certification denied.

JOAN WHITE v. BOARD OF EDUCATION OF THE TWP. OF GALLOWAY, ATLANTIC COUNTY.

December 19, 1978. Petition for certification denied.

HAYNES RUN ASSOCIATES v.
HAYNES RUN VILLAGES APARTMENT CO.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES NEAL.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. DONALD DIETZ.

December 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JESSIE VAN DAVIS.

December 19, 1978. Petition for certification denied.